S. DIMON SMITH, Respondent, *v.* DAYTON HEDGES, Appellant.

SAME, Respondent, *v.* SAME, Appellant.

Reported below, 169 App. Div. 115.
(Submitted January 3, 1916; decided January 4, 1916.)

MOTION, in each of the above-entitled actions, to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered November 24, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

The motions were made upon the grounds that the actions were brought to recover compensation for services; that the affirmance by the Appellate Division was

unanimous; that permission to appeal had not been obtained, and that the exceptions were frivolous.

*Gustav Lange, Jr.*, for motion.

*John R. Vunk* opposed.

Motions denied, without costs.